

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-39,667-02

### IN RE SAMUEL WADE HENDERSON, Relator

### ON APPLICATION FOR A WRIT OF MANDAMUS
### CAUSE NOS. 1315583, 1315584 & 1315585 IN THE 228TH DISTRICT COURT FROM HARRIS COUNTY

*Per curiam.*

### O R D E R

Relator has filed a motion for leave to file an application for a writ of mandamus pursuant to the original jurisdiction of this Court. In it, he contends that he filed applications for writs of habeas corpus in the 228th District Court of Harris County, that more than 180 days have elapsed since orders designating issues were signed, and that the applications have not yet been forwarded to this Court. Relator contends that the district court entered orders designating issues on September 9, 2013.

Respondent, the Judge of the 228th District Court of Harris County, shall file a response with this Court by having the District Clerk submit the records on such habeas corpus applications. In

the alternative, Respondent may resolve the issues set out in the orders designating issues and then have the District Clerk submit the records on such applications. In either case, Respondent's answer shall be submitted within 30 days of the date of this order. This application for leave to file a writ of mandamus will be held in abeyance until Respondent has submitted his response.

Filed: September 16, 2015
Do not publish